UNITED STATES of America, Appellee

v.

**Ricardo Palmera PINEDA, also known as Simon Trinidad, Appellant.**

No. 08–3012.

United States Court of Appeals, District of Columbia Circuit.

Jan. 26, 2010.

Roy W. McLeese, III, Esquire, Assistant U.S. Attorney, John Crabb, Jr., Assistant U.S. Attorney, Kenneth C. Kohl, Assistant U.S. Attorney, Mary B. McCord, Esquire, Assistant U.S. Attorney, Patricia Ann Heffernan, Jeffrey Allen Taylor, U.S. Attorney's Office, (USA) Appellate Division, Washington, DC, for Appellee.

A.J. Kramer, Federal Public Defender, Robert L. Tucker, Assistant Federal Public Defender, Office of the Federal Public Defender, Washington, DC, for Appellant.

BEFORE: SENTELLE, Chief Judge, and GINSBURG, HENDERSON, ROGERS, TATEL, GARLAND, BROWN, GRIFFITH, and KAVANAUGH, Circuit Judges, and EDWARDS, Senior Circuit Judge.

***ORDER***

PER CURIAM.

Upon consideration of appellant's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

**Oscar SALAZAR, by his parents and next friends, Adela and Oscar Salazar, et al., Appellees**

v.

**DISTRICT OF COLUMBIA, et al., Appellants.**

No. 09–7154.

United States Court of Appeals, District of Columbia Circuit.

Feb. 3, 2010.

Bruce J. Terris, Terris, Pravlik & Millian, Washington, DC, for Appellees.

Robert C. Utiger, Office of the Attorney General for the District of Columbia, Office of the Solicitor General, Washington, DC, for Appellants.

***ORDER***

Upon consideration of appellants' motion for voluntary dismissal, and the response thereto, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.